UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| STEVEN JAVIER BANK, | ) | Case No.: 2:10-cv-2207-RLH-GWF |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | |
| | ) | (Findings and Recommendations–#3, |
| EIGHTH JUDICIAL DISTRICT COURT and | ) | Motion for Expedited Relief–#5) |
| ARTHUR RITCHIE, | ) | |
| | ) | |
| Defendants. | ) | |

Before this Court is the Findings and Recommendation of the United States Magistrate Judge (#3), entered by the Honorable George W. Foley regarding Plaintiff Steven Javier Bank's Application for Leave to Proceed *In Forma Pauperis* and Complaint (#1, filed Dec. 20, 2010), and Amendment to Motion for Leave to Proceed *In Forma Pauperis* (#2, filed Jan. 10, 2011). No objection was filed to Magistrate Judge Foley's Findings and Recommendation in accordance with Local Rule LR IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada. This matter was referred to the undersigned for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B)–(C) and Local Rule IB 3-2 and determines that the Findings and Recommendation of Magistrate Judge Foley should be accepted and adopted.

AO 72
(Rev. 8/82)

1    In addition, the Court has reviewed Plaintiff's Motion for Expedited Relief (#5, filed May 24, 2011).  Plaintiff asks for relief related to proceedings in a criminal case before the Nevada state court. The criminal case is a different case than the civil case before the Honorable Arthur Ritchie, Nevada District Judge, that is the subject of this lawsuit.  Plaintiff's motion fails for the same reasons described by Magistrate Judge Foley in his Findings and Recommendations: this Court lacks jurisdiction to review state court rulings.  Therefore, the Court denies Plaintiff's motion.

**CONCLUSION**

Accordingly, and for good cause appearing,

IT IS THEREFORE ORDERED that Magistrate Judge Foley's Findings and Recommendation entered April 18, 2011 (#3) is ACCEPTED and ADOPTED.

IT IS FURTHER ORDERED that Plaintiff Steven Javier Bank's Motion for Expedited Relief (#5) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Complaint (#4) DISMISSED with prejudice.  The Clerk of the Court is directed to close this case.

Dated: May 26, 2011.

**ROGER L. HUNT**
**United States District Judge**