# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN JAVIER BANK, | Case No.: 2:10-cv-2207-RLH-GWF |
| Plaintiff, | **O R D E R** |
| vs. | |
| EIGHTH JUDICIAL DISTRICT COURT and ARTHUR RITCHIE, | |
| Defendants. | |

Before this Court is Plaintiff Steven Javier Bank's Notice of Error in Filing (#10, filed June 10, 2011). Plaintiff recently filed a Motion for Expedited Relief (#5), which the Court subsequently denied. (Dkt. #6, Order.) Although this case is closed, Plaintiff filed an Amended Motion for Expedite Relief (#8), which Plaintiff now realizes he filed in the wrong case. It appears that Plaintiff intended to file his motion in *Bank v. Clark County Justice Court et al*, No. 2:11-cv-00335-JCM-GWF, a case before the Honorable James C. Mahan, United State District Judge. Therefore, if Plaintiff still wishes to seek expedited relief in that case, he will need to resubmit his motion directly in that case. Additionally, the Court notes that Plaintiff's inadvertent error has no effect on this closed matter and does not require the Court to rescind its previous Order (#6) dismissing this case with prejudice.

Dated: June 23, 2011.

_____
**ROGER L. HUNT**
**United States District Judge**

AO 72
(Rev. 8/82)